# Court of Appeals
# of the State of Georgia

ATLANTA, November 14, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0093. FIELDALE FARMS CORPORATION v. MARK E. BLAKELY.**

Fieldale Farms Corporation filed this discretionary application seeking review of the superior court's September 10, 2013 order remanding a workers' compensation case to the Appellate Division of the State Board of Workers' Compensation. However, the application is untimely.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because this application was filed on October 21, 2013,[1] 41 days after entry of the order being appealed, it is untimely and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Fieldale Farms Corporation attempted to file its application 29 days after the order was entered, but the application was not accepted for filing at that time because the certificate of service did not comply with Court of Appeals Rule 6.